**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lori Bradberry and Larry Kelley, Defendants,

Of whom Lori Bradberry is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-000583

———————————

Appeal From Anderson County
Karen F. Ballenger, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-369
Submitted September 7, 2018 – Filed September 18, 2018

———————————

**AFFIRMED**

———————————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

James Victor McDade, of Doyle Tate & McDade, PA, of Anderson, for Respondent.

Samuel Johnston Briggs, of Briggs Law Firm, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Lori Bradberry appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Bradberry's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.